SEALED



FILED

MAY 09 2013

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING CELLULAR TELEPHONE ASSIGNED MOBILE DIRECTORY NUMBER (MDN) (805) 598-8400 | UNDER SEAL  1:13 SW - 0 0 1 1 1 GSA<br><br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant, application, affidavit, and order re: authorization to obtain location data in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Karen Escobar, under seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the search warrant, application, affidavit, order re: authorization to obtain location data, in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points

//

//

//

1

1 | and Authorities and Declaration of Karen A. Escobar, shall be filed
2 | with the Court under seal and shall not be disclosed pending further
3 | order of this court.
4 | DATED: 5/9/13

GARY S. AUSTIN
U.S. MAGISTRATE JUDGE