SEALED

BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Applicant
United States of America



FILED

SEP 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXECUTION OF WARRANTS TO OBTAIN LOCATION DATA CONCERNING: <br><br> CELLULAR TELEPHONE ASSIGNED MOBILE DIRECTORY NUMBER (MDN) (559) 970-7914, AND <br><br> CELLULAR TELEPHONE ASSIGNED MOBILE DIRECTORY NUMBER (MDN) (805) 598-8400 | 1:13-SW-00087 GSA <br> 1:13-SW-00126 BAM <br><br> ORDER RE: GOVERNMENT'S CONSOLIDATED MOTION FOR DELAYED NOTIFICATION PURSUANT TO FED.R.CRIM.P. 41(f)(3) AND FOR SEALING ORDER <br><br> 1:13-SW-00111 GSA <br><br> **UNDER SEAL** |

Upon the consolidated motion of the United States of America,

IT IS HEREBY ORDERED that the above-captioned consolidated motion for delayed notification and order, sealing order and all related papers and documents are hereby SEALED until further order of this court.

In addition, pursuant to Rule 41(f)(3), I hereby find that any notification of the execution of the warrants for cell phone location data in the above-captioned matters would have an adverse impact upon the ongoing investigation, that the Court previously found probable cause for the issuance of the warrants, and that notice of their execution will be given within a reasonable time after the completion of the investigation.

Therefore, IT IS ORDERED pursuant to Rule 41(f)(3), that any notification of the execution of the warrants which is required to be made is hereby delayed until December 13, 2013.

It is so ordered, this /6 day of September, 2013.

_____
BARBARA A. McAULIFFE
United States Magistrate Judge